■ In the Matter of CLUB OLD BANQUE CORP., Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant.—Judgment, Supreme Court, New York County (Kristin Booth Glen, J.), entered on May 1, 1990, unanimously affirmed for the reasons stated by Kristin Booth Glen, J., without costs and without disbursements. Concur—Rosenberger, J. P., Kassal, Wallach, Smith and Rubin, JJ.